**Mandamus Denied and Opinion Filed October 30, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01472-CV

### IN RE FEYSAL AYATI-GHAFFARI, Relator

**Original Proceeding from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-03108-2013**

## MEMORANDUM OPINION

Before Justices Moseley, Lang-Miers, and Evans
Opinion by Justice Evans

The Court has before it relator's petition for writ of mandamus asking this Court to order the trial court to grant relator a default judgment on his claims against real parties. The facts and issues are known to the parties, so we need not recount them herein. Based on the record before the Court, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.


/David Evans/
DAVID EVANS
JUSTICE